### WEIDENREICH v. BORINE MFG. CO.

#### (Supreme Court, Appellate Term.  December 9, 1908.)

ACCOUNT STATED (§ 19*)—EVIDENCE.
 Evidence *held* insufficient to sustain a judgment for plaintiff on the
theory of an account stated.
 [Ed. Note.—For other cases, see Account Stated, Cent. Dig. § 93; Dec.
Dig. § 19.*]

Appeal from Municipal Court, Borough of Manhattan, Fourth
District.

Action by Michael Weidenreich against the Borine Manufacturing
Company.  From a judgment for plaintiff, defendant appeals.  Re-
versed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEA-
BURY, JJ.

Edgar H. Rosenstock, for appellant.
Benj. L. Brandner, for respondent.

PER CURIAM.  This action was tried on the theory of an account
stated for $40.  The evidence of such account stated is that of plain-
tiff as follows:

"Q. Did you talk to Mr. Strassburger [defendant's president] about this bal-
ance?  A. Yes, sir.
"Q. What did he say to you?  A. He did not have the money.
"Q. Did he say he would pay it to you?  A. No; he said there were some dif-
ferences between us.
"Q. You asked him for the money, and he refused to pay it to you?  A. Yes,
sir."

On cross-examination plaintiff testified thus:

"Q. He [defendant] denied that $40 were owing to you?  A. No; he did not.
* * * He said he would have to go over the books.
"Q. He did not admit that $40 were due?  A. No.  * * * He could not
admit it because he did not know anything about the books."

The evidence is insufficient to sustain the judgment, which should
be reversed.

Judgment reversed and new trial ordered, with costs to appellant
to abide the event.